UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-mj-2276

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | GOVERNMENT |
| v. | ) | MOTION TO DISMISS |
| | ) | WITHOUT PREJUDICE |
| AUGHBURNS JR., IRVING B. | ) | |

The United States, by and through the United States Attorney for the Eastern District of North Carolina and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully moves the Court for dismissal of the above-captioned case without prejudice. In support of this motion, the United States shows:

1. The United States filed a misdemeanor criminal information against the defendant on October 8, 2013, alleging one count of Simple Assault, in violation of 18 U.S.C. §113(a)(5). The Government has reviewed the available evidence and witnesses and has determined that dismissal of the instant offense serves the ends of justice.

CONCLUSION

For the above-stated reasons, the United States respectfully requests that the above-captioned case be dismissed without prejudice.

Respectfully submitted this 15th day of December, 2014.

SO ORDERED, this the _15_ day of December 2014.

Robert B. Jones, Jr.
United States Magistrate Judge

THOMAS G. WALKER
United States Attorney